UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CAMERON JENNINGS DODSON,<br><br>                Defendant. | No. CR-91-274-FVS<br><br>ORDER DENYING MOTION |

**THE DEFENDANT'S CONVICTION** having become final long before *Blakely v. Washington*, 542 U.S. ----, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, 543 U.S. ----, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), were decided by the Supreme Court; the defendant recently having filed a motion seeking relief under *Blakely* and *Booker*; the Ninth Circuit having held, since the defendant filed his motion, that *Blakely* does not apply retroactively to convictions which became final before *Blakely* was decided, *Schardt v. Payne*, No. 02-36164, 2005 WL 1593468, at *11 (9th Cir. July 8, 2005); and other circuits having already held that *Booker* does not apply retroactively to convictions which became final before *Booker*

ORDER DENYING MOTION - 1

was decided, *see, e.g., Guzman v. United States*, 404 F.3d 139, 144 (2d Cir.2005); Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Relief from Judgement [sic] or Order" (**Ct. Rec. 132**) is denied.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the government.

**DATED** this  1st  day of August, 2005.

s/Fred Van Sickle<br>Fred Van Sickle<br>Chief United States District Judge

ORDER DENYING MOTION - 2