UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAMERON JENNINGS DODSON,<br><br>                    Defendant. | No. CR-91-274-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's motion for a three-month reduction of sentence pursuant to Federal Rule of Civil Procedure 60(b); Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for relief from judgment **(Ct. Rec. 136)** is **denied** for lack of jurisdiction. The defendant must present his request to the Bureau of Prisons before seeking relief in federal court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this    6th    day of July, 2007.

                              s/Fred Van Sickle
                              Fred Van Sickle
                    United States District Judge

ORDER- 1