PROB 12B
(7/93)

Report Date: October 4, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cameron Jennings Dodson        Case Number: 2:91CR00274-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 5/29/1992        Type of Supervision: Supervised release

Original Offense: Felon in Possession of a Firearm, U.S.C. 18 § § 922(g) & 924(e)        Date Supervision Commenced: 10/13/2007

Original Sentence: Prison - 210 Months; TSR - 60 Months        Date Supervision Expires: 10/12/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

6        You shall notify the probation officer at least ten days prior to any change in residence or employment.

15        You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

16        You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Cameron Dodson was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Dodson has agreed to the proposed modifications.

Prob 12B
**Re: Dodson, Cameron Jennings**
**October 4, 2007**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____

U.S. Probation Officer
Executed on: October 12, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

October 12, 2007
Date